UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BÖRSE AG<br><br>and<br><br>NYSE EURONEXT<br><br>Defendants. | Case: 1:11-cv-02280-BAH<br>Assigned To: Hon. Beryl A. Howell<br>Date: February 9, 2012<br>Description: Antitrust |

## NOTICE OF TERMINATION OF AGREEMENT

Pursuant to Paragraph 7 of the Stipulation and Order entered by the Court in this matter on January 3, 2012, Defendants Deutsche Börse AG and NYSE Euronext hereby provide notice to the United States of America and the Court that the Business Combination Agreement dated as of February 15, 2011 has been terminated.

Dated this 9th day of February 2011.

Respectfully submitted,

| FOR DEFENDANT<br>DEUTSCHE BÖRSE AG: | FOR DEFENDANT<br>NYSE EURONEXT: |
|---|---|
| /s/ Thomas A. McGrath<br>Thomas A. McGrath<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Tel: (212) 903-9140<br>Fax: (212) 903-9100 | /s/ David A. Schwartz<br>David A. Schwartz<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>Tel: (212) 403-1386<br>Fax: (212) 403-2386 |