**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>        Plaintiff,<br><br>v.<br><br>**DEUTSCHE BÖRSE AG,**<br><br>   and<br><br>**NYSE EURONEXT**,<br><br>        Defendants. | Case:  1:11-cv-02280<br>Judge:  Howell, Beryl A.<br>Filed:  December 22, 2011 |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of Travis R. Chapman as counsel for Plaintiff United States of America in the above-captioned case.

        Respectfully submitted,

        FOR PLAINTIFF UNITED STATES:

              /s/  Travis R. Chapman
        Travis R. Chapman
        Attorney
        U.S. Department of Justice
        Antitrust Division
        450 Fifth Street, NW, Suite 7100
        Washington, DC  20530
        Telephone: (202) 353-9006
        Fax: (202) 616-8544
        Email: travis.chapman@usdoj.gov

Dated: February 9, 2012

## CERTIFICATE OF SERVICE

I, Travis R. Chapman, hereby certify that on February 9, 2012, I caused a copy of the foregoing Notice of Appearance to be served via CM/ECF electronic mail to all registered users and in addition by mailing the document via electronic mail to the duly authorized legal representatives of the defendants, as follows:

For Deutsche Börse AG:

Thomas A. McGrath
Jeffrey Schmidt
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
Email: Thomas.McGrath@linklaters.com

For NYSE Euronext:

David A. Schwartz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Email: DASchwartz@WLRK.com

FOR PLAINTIFF
UNITED STATES OF AMERICA

   /s/  Travis R. Chapman
Travis R. Chapman
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Tel: (202) 353-9006
Fax: (202) 616-8544
Email: travis.chapman@usdoj.gov