## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**DEUTSCHE BÖRSE AG**,<br><br>　　and<br><br>**NYSE EURONEXT**,<br><br>　　　　　　Defendants. | Case:  1:11-cv-02280<br>Judge:  Howell, Beryl A.<br>Filed:  December 22, 2011 |

## <u>PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT</u>

Plaintiff United States of America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to defendants Deutsche Börse AG ("DB") and NYSE Euronext ("NYSE") without prejudice.

The United States is dismissing this action because there is no longer a basis for the relief sought by the United States.  This action was brought to prevent the merger of DB and NYSE as proposed.  However, DB and NYSE have formally abandoned their proposed transaction, and have withdrawn their Hart-Scott-Rodino Pre-Merger Notification filings.  Consequently, the acquisition addressed in the complaint cannot now take place.

DB and NYSE have filed neither an answer to the complaint nor a motion for summary judgment as to these claims.  The only substantive papers filed in this case other than the Complaint were (a) the Stipulation and Order, signed by all parties and entered by the Court on January 3, 2012, and the accompanying proposed Final Judgment, and (b) the

Competitive Impact Statement filed by the United States alone.  Dismissal under Rule

41(a)(1) is therefore appropriate.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES:

        /s/  Travis R. Chapman
Alexander P. Okuliar (D.C. Bar No. 481103)
Travis R. Chapman
Attorneys
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC  20530
Telephone: (202) 353-9006
Fax: (202) 616-8544
Email: travis.chapman@usdoj.gov

Dated: February 9, 2012

## CERTIFICATE OF SERVICE

I, Travis R. Chapman, hereby certify that on February 9, 2012, I caused a copy of the

foregoing Plaintiff's Notice of Dismissal of Complaint to be served via CM/ECF electronic

mail to all registered users and in addition by mailing the document via electronic mail to the

duly authorized legal representatives of the defendants, as follows:

For Deutsche Börse AG:

Thomas A. McGrath
Jeffrey Schmidt
Linklaters LLP
1345 Avenue of the Americas
New York, New York 10105
Email: Thomas.McGrath@linklaters.com

For NYSE Euronext:

David A. Schwartz
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Email: DASchwartz@WLRK.com

FOR PLAINTIFF
UNITED STATES OF AMERICA


      /s/  Travis R. Chapman
Travis R. Chapman
Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 7100
Washington, DC 20530
Tel: (202) 353-9006
Fax: (202) 616-8544
Email: travis.chapman@usdoj.gov